UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ADA CANCINO DE ARREDONDO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-00054 |
| | § | |
| ALLSTATE TEXAS LLOYDS, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court now considers the joint stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal without court order when the stipulation is signed by all parties who have appeared. Here, the stipulation is signed by all parties who have appeared.[2] Thus the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 14th day of September, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 10.
[2] *Id*. pp. 2–3.